## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

AJAY JOGLEKAR, and RITU SHARMA,

                Plaintiffs,

    vs.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, and LOREN K. MILLER, in their
official capacity as Director of the Nebraska
Service Center;

                Defendants.

**4:21CV3292**

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Parties' Joint Stipulation for Dismissal (Filing No. 11), this matter is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Motion for Temporary Restraining Order (Filing No. 4) and Objection to Motion for TRO (Filing No. 9) are denied as moot.

Dated this 26th day of October, 2021.

BY THE COURT:

s/ Joseph F. Bataillon_____
Senior United States District Judge